UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) E.D. TENN MAG. NO.: 1:07-MJ-74 |
| v. | ) CHARGING DIST. MAG. NO. 4:07-mj-227 |
| | ) MAGISTRATE JUDGE LEE |
| JASON WILLIAM BREWER | ) |
| DONNIE LYNN WHITE | ) |

## MEMORANDUM AND ORDER

The defendants appeared for a hearing before the undersigned on March 27, 2007, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendants on a Complaint out of the U.S. District Court, District of South Carolina. Those present for the hearing included:

(1) AUSA Chris Poole for the USA.
(2) Defendant, JASON WILLIAM BREWER.
(3) Attorney Anthony Martinez with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant Brewer.
(4) Defendant, DONNIE LYNN WHITE.
(5) Attorney Marty Lasley as appointed counsel for defendant White.
(6) Courtroom Deputy Russell Eslinger.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution. Attorney Anthony Martinez with Federal Defender Services of Eastern Tennessee was present as court appointed counsel for defendant Brewer and Attorney Lasley was present as appointed counsel for defendant White.

Each defendant had been provided with a copy of the Complaint with attached affidavit and had the opportunity of reviewing those documents with their respective attorneys. It was determined each defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Poole moved the defendants be detained without bail pending detention hearings in the U.S.D.C., District of South Carolina. Each defendant waived his right to an identity hearing and detention hearing in this district and asked that his detention hearing, preliminary examination, and any further proceedings be held in the U.S.D.C., District of South Carolina.

Each defendant was advised of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure. After consulting with respective counsel, each defendant asked that he be

transferred to the U.S.D.C., District of South Carolina, the charging district.

It is ORDERED:

(1) Each defendant shall be TEMPORARILY DETAINED pending transfer to the U.S.D.C., District of South Carolina as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport the defendants to the U.S.D.C., District of South Carolina, McMillan Federal Building, 401 West Evans Street, Florence, SC 29501 for a hearing on a date to be determined once defendants are in said district.

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE